## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-01532-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 24, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| OPTIUM CORPORATION, | Michael J. McNamara, via telephone |
| | Michael S. DeVincenzo (ph) |
| **Petitioner,** | |
| v. | |
| MICHAEL PRITZKAU, | Sheryl H. Love, via telephone |
| **Respondent.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:** 2:35 p.m.
Court calls case. Appearances of counsel.

Counsel discuss Plaintiff Optium Corporation's Motion to Compel [filed July 22, 2008; doc. 1] with the court.

**ORDERED: Plaintiff Optium Corporation's Motion to Compel [filed July 22, 2008; doc. 1] is granted for the reasons stated on the record. The deposition will take place at Mr. Pritzkau's office if possible, but if space is unavailable there the deposition shall take place in Boulder. The deposition shall be four hours in duration, absent leave of court, and shall take place prior to August 15, 2008.**

Case 08-cv-01536-RPM-KMT is related to this case, and there is a motion to quash pending regarding the deposition of Michael Pritzkau. Counsel indicate that this ruling on the motion to compel renders that motion to quash moot.

HEARING CONCLUDED.

**Court in recess:** 2:56 p.m.
Total time in court: 00:21