IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01532-REB-CBS

OPTIUM CORPORATION,

    Petitioner,

v.

MICHAEL PRITZKAU,

    Respondent.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    **IT IS HEREBY ORDERED** that, since the court has ruled on Plaintiff Optium Corporation's Motion to Compel (*doc.* 1), and no further discovery matters remain before the court in this case, which is proceeding in the United States District Court for the Western District of Pennsylvania, the case is hereby terminated in the United States District Court for the District of Colorado and accordingly should by closed.

**DATED:**    September 11, 2008